NO. 83035

| | | |
|---|---|---|
| **ALI JO BURRESS** | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | LAMAR COUNTY, TEXAS |
| | § | |
| **RONNICA BLAKE,** | § | |
| **BOBBY JOE HUNDLEY, JR.** and | § | |
| John Doe Defendant No. 1 | § | 62nd JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **RONNICA BLAKE** and **BOBBY JOE HUNDLEY, JR.**, the named Defendants in the above-styled cause, and file this their Original Answer to the Plaintiff's Original Petition, and in support thereof would show the Court:

I.

Pursuant to Tex.R.Civ.P. 92, the Defendants hereby enter a general denial and demand that the Plaintiff prove each and every allegation she has made against them by a preponderance of the credible evidence.

II.

Concerning the Plaintiff's state-law claims, if any, the Defendants will show that, at all times in question, they were engaged in the performance of a governmental function.

III.

Concerning the Plaintiff's state-law claims, if any, these Defendants will show that they are immune from suit and liability herein by virtue of the doctrines of official immunity and/or governmental immunity. Alternatively, they will show that their immunity has been waived only to

the extent set forth in, and subject to the limitations contained in, the Texas Tort Claims Act.

IV.

Concerning the Plaintiff's claims arising under federal law, Defendant Blake will show that she is entitled to qualified immunity.

V.

Defendants Ronnica Blake and Bobby Joe Hundley, Jr., sued in their official capacity, will show that they do not have a custom, policy, or practice the application of which deprived the Plaintiff of any of her federally secured rights and that they was not deliberately or consciously indifferent to same.

VI.

These Defendants would show that they are entitled to recover their reasonable attorney's fees and court costs.

WHEREFORE, PREMISES CONSIDERED, Defendants **RONNICA BLAKE and BOBBY JOE HUNDLEY, JR.** pray that the Plaintiff take nothing against them; that they recover their costs and attorney's fees; and that they have such other and further relief, at law or in equity, to which they may show themselves entitled.

Respectfully submitted,

By: *Paul K Pearce Jr. by TAP*
PAUL K. PEARCE, JR.
State Bar No. 15683600
TIMOTHY A. DUNN
State Bar No. 24050542
MATTHEWS, STEIN, SHIELS,
PEARCE, KNOTT, EDEN & DAVIS, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier)
ppearcej@mssattorneys.com
tdunn@mssattorneys.com

**ATTORNEY FOR DEFENDANTS
RONNICA BLAKE, BOBBY JOE HUNDLEY, JR.**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded by to the following counsel of record in accordance with the Texas Rules of Civil Procedure on this the 9th day of January 2014:

G. Donald Haslam. Jr.
Attorney at Law
3140 Clark Lane
Paris, Texas 75460

*Paul K Pearce Jr. by TAP*
PAUL K. PEARCE, JR.